# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.

EDWARD TOCCO, individually, and
GEORGE SCHIFINO, individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

HARTMAN AND TYNER, INC. and HEIDI
WENOKUR,

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Hartman and Tyner, Inc. ("H&T") hereby gives notice of removal of the above-entitled action, and all claims and causes of action therein, currently pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (the "State Court Action"). Defendant H&T appears for the purposes of removal only, reserves all defenses and rights available to it, including as to proper service and personal jurisdiction, and as grounds for removal states as follows:

    1.    Plaintiffs filed the above-entitled action on May 22, 2018, against H&T and Heidi Wenokur in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. Without conceding that service was properly executed, H&T was purportedly served with Plaintiffs' complaint on June 6, 2018.

    2.    This notice is being filed within 30 days of H&T's receipt of Plaintiffs' complaint and thus is timely filed under 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(d), H&T will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and will serve a copy of this Notice of Removal on Plaintiffs to properly effect removal of this action to this Court.

4. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon H&T in the State Court Action is attached hereto as Exhibit 1. A copy of Plaintiffs' complaint is attached as Exhibit 2. A copy of the docket in the State Court Action is attached as Exhibit 3. No motions have been filed in the State Court Action.

5. No other Defendant has been served. Counsel for Defendant H&T is also counsel for Defendant Heidi Wenokur, who has not been served. Counsel for H&T is authorized to represent that Defendant Heidi Wenokur consents to the removal of this action, while reserving all defenses and rights, including as to proper service and personal jurisdiction. Defendant Heidi Wenokur's consent to this removal shall in no way be construed as a waiver of service or personal jurisdiction.

## DIVERSITY JURISDICTION OF THIS COURT

6. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are completely diverse, and were completely diverse at the time Plaintiffs filed the complaint.

7. Defendant H&T is a Michigan corporation with its principal place of business in Southfield, Michigan, and is therefore deemed to be a citizen of Michigan under 28 U.S.C. §

1332(c)(1). Also at the time Plaintiffs filed the complaint, Defendant H&T was a Michigan corporation with its principal place of business in Southfield, Michigan.[1]

8. Defendant Heidi Wenokur is an individual and citizen of California. Also at the time Plaintiffs filed the complaint, Defendant Heidi Wenokur was a citizen of California.

9. Plaintiff Edward Tocco is an individual and citizen of Florida. Also at the time Plaintiffs filed the complaint, Plaintiff Edward Tocco was a citizen of Florida.

10. Plaintiff George Schifino is an individual and citizen of Florida. Also at the time Plaintiffs filed the complaint, Plaintiff George Schifino was a citizen of Florida.

WHEREFORE, Defendant Hartman and Tyner, Inc. respectfully requests, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, that this action be removed in its entirety from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to this Court, that this Court proceed with the case as if it was originally initiated in this Court, and that this Court make and enter such further orders as may be necessary and proper.

Dated: June 25, 2018

Respectfully submitted,

*s/ Alec H. Schultz*
Alec H. Schultz
 Florida Bar No. 35022
Jeremy L. Kahn
 Florida Bar No. 105277
LEÓN COSGROVE, LLP
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone:   305.740.1975
Facsimile:   305.437.8158
Email:   aschultz@leoncosgrove.com
Email:   jkahn@leoncosgrove.com
Email:   eperez@leoncosgrove.com
*Counsel for Defendants*

---

[1] In the caption of their complaint, Plaintiffs falsely state that H&T is a "Florida Profit Corporation." Any modicum of the reasonable inquiry required of Plaintiffs' counsel before filing their complaint would have revealed that H&T is—and always has been—a Michigan corporation.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which in turn will serve a copy by electronic mail to all counsel of record.

*s/ Alec H. Schultz*
Alec H. Schultz